GARY M. RESTAINO
United States Attorney
District of Arizona
FRED A. COCIO
Assistant U.S. Attorney
Arizona State Bar No. 019428
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: fred.cocio@usdoj.gov
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 22-mj-01-07563 (BGM) |
| Plaintiff, | |
| vs. | JOINT MOTION FOR EXTENSION OF TIME TO INDICT |
| Mark Anthony Hernandez, | |
| Defendant. | |

The above-named defendant was arrested for an alien smuggling offense in violation of 8 U.S.C. § 1324. Pursuant to 18 U.S.C. § 3161(b), an indictment should issue within 30 days of the defendant's arrest. However, the defendant and the government jointly move for a 60-day extension of the time to indict, pursuant to 18 U.S.C. § 3161(h)(7)(A), for the reasons set forth below:

1. The government has extended a favorable "fast track" plea offer to the defendant in this case. Under the plea offer, the parties stipulate to a reduction of the guideline based sentencing ranges applicable to the defendant.

2. The defendant anticipates accepting this plea offer. However, additional time is needed to finish obtaining disclosure from an outside agency, reviewing disclosure and plea offer and schedule the change of plea hearing. Extending the time to indict by 60 days will allow for defense attorney / client communication to adequately analyze the case and allow for a change of plea hearing to be set on the Court's calendar.

3. The Court granting a 60-day extension of the time to indict, during which time the defendant anticipates pleading guilty under the government's plea agreement, results in a speedier resolution of the case than is otherwise likely to occur.

4. The extension will save the grand jury from hearing a case expected to shortly resolve through a plea agreement and thereby will result in less expenditure of limited government and court resources.

For the foregoing reasons, the parties assert that the ends of justice will be served by extending the United States' deadline to indict by 60 days and that the ends of justice "outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).

Excludable delay under 18 U.S.C. § 3161(h)(7)(A) is expected for a total of 60 days.

Respectfully submitted this 1st day of August, 2022.

/s/Fred A. Cocio
FRED A. COCIO
Assistant United States Attorney

Copy of the foregoing served electronically or by other means this 1st day of August, 2022, to:

All ECF Participants