IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | 22-mj-01-07563 (BGM) |
|---|---|
| Plaintiff, | |
| vs. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO INDICT** |
| Mark Anthony Hernandez, | |
| Defendant. | |

Having considered the Joint Motion for Extension of Time to Indict, and good cause having been shown, the Court will grant the parties' request for a 60-day extension of the United States' deadline to indict this matter, under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

In granting the parties' request, the Court makes the following findings:

1. Counsel for Defendant has only recently been appointed or retained;

2. The defendant earnestly wishes to consider the "fast track" plea offer extended by the government, which if accepted by the defendant and then the Court, would likely reduce the guideline based sentence ranges applicable to the defendant;

3. Granting an extension of time to indict in this case is likely to result in the case being resolved earlier, which would further the public's interest in the timely and efficient administration of justice;

4. The extension of time will save grand jury resources on a case expected to shortly resolve through a plea agreement; and

5. The ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy indictment.

The Court therefore concludes that the ends of justice are best served by granting an extension of time to present the case to the grand jury and in excluding a period of 60 days under the Speedy Trial Act.

**IT IS ORDERED** that pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), the time for presentment of this case to the grand jury will be extended for 60 days.  This 60-day period shall be excluded under the Speedy Trial Act.